**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

SARAH K. DELFLORE,

    Plaintiff,

vs.                                CASE NO.: 4:07-CV-130-SPM/WCS

DEPARTMENT OF CHILDREN AND
FAMILIES, STATE OF FLORIDA,

    Defendant.

_____/

**ORDER DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the "Mediation Report of Settlement" (doc. 26), which advises the Court that the parties have settled all issues to their satisfaction. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

**ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty (60) days during which time any party may move to reopen the case for good cause shown.

**DONE AND ORDERED** this <u>eleventh</u> day of January, 2008.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       United States District Judge